# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>JOSE SAMUEL MUNOZ-ARAUZA,<br><br>               Defendant. | Case No.: 18CR3629-AJB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**<br><br>**(Doc. No. 30)** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 18, 2018

                                              Hon. Anthony J. Battaglia
                                              United States District Judge